IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| State Auto Mutual Insurance Company, an Ohio corporation | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Morris Industries, Ltd., a Canadian corporation, | ) ) ) | Case No. 1:21-cv-155 |
| Defendant. | ) ) | |

Plaintiff initiated the above-captioned action by complaint on July 21, 2021 (Doc. No. 1). That same day the Clerk's office issued a summons to Plaintiff for service on Defendant. (Doc. Nos. 2).

On September 1, 2021, Plaintiff filed proof of service of the summons on Defendant. (Doc. No. 7). More than a year has since passed and there has been no apparent activity in this case.

Plaintiff shall have until November 7, 2022, to file report advising the court of the status of this action and how it would like to proceed.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
